```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ALIYA DAVIS,                    :
                                :
          Plaintiff,            :   CIVIL ACTION
                                :
     v.                         :   NO. 10-CV-03105
                                :
DAVIS AUTO, INC., and           :
TRI-STATE LENDING, LLC,         :
                                :
          Defendants.           :
```

**ORDER**

AND NOW, this 22nd    day of November, 2011, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 20), Plaintiff's Response in opposition thereto (Doc. No. 22), Defendants' Reply (Doc. No. 23), and Plaintiff's Sur-Reply (Doc. No. 24), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion is GRANTED and Davis Auto, Inc. and Tri-State Lending, LLC are DISMISSED with prejudice.


                                        BY THE COURT:


                                        /s/ J. Curtis Joyner
                                        J. CURTIS JOYNER, C.J.